# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH, | 1:08-cv-00911-GSA-PC |
|       Plaintiff, | ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO PAY $350.00 FILING FEE |
| vs. | |
| HEDGPETH, Warden, | THIRTY DAY DEADLINE TO PAY FILING FEE IN FULL, OR THIS ACTION WILL BE DISMISSED |
|       Defendants. | |

      Plaintiff James E. Smith ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On July 21, 2008, the court issued an order finding plaintiff ineligible to proceed in forma pauperis and requiring plaintiff to pay the $350.00 filing fee for this action within thirty days. On August 21, 2008, plaintiff filed a copy of a Prisoner Authorization Form by which plaintiff authorized Kern Valley State Prison to assess and forward the $350.00 filing fee to the district court. To date, the court has not received any payment of the filing fee for this action.

      Because it appears that plaintiff is attempting to make arrangements to pay the filing fee, the court shall grant plaintiff an extension of time. However, plaintiff is advised that making arrangements to pay the filing fee is not sufficient. The court must actually receive payment of the filing fee within the court's deadline. **Plaintiff is also advised that no further extensions of time will be granted without a showing of good cause.**

      Based on the foregoing, it is HEREBY ORDERED that:

      1.     Plaintiff is GRANTED an extension of time to pay the filing fee for this action;

2. Within thirty days of the date of service of this order, plaintiff shall submit the $350.00 filing fee to the court; pursuant to the court's order of July 21, 2008;

3. If plaintiff fails to comply with this order, this action will be dismissed without prejudice; and

4. **No further extensions of time will be granted without a showing of good cause.**

IT IS SO ORDERED.

Dated:   **September 4, 2008**              /s/ **Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE