1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9  JAMES E. SMITH,                          1:08-cv-00911-GSA-PC

10              Plaintiff,           _____  ORDER DISMISSING ACTION,
                                              WITHOUT PREJUDICE, FOR
11      vs.                                   FAILURE TO PAY FILING FEE

12  HEDGPETH, Warden,                         ORDER FOR CLERK TO CLOSE CASE

13              Defendants.
    _____/

14

15      Plaintiff James E. Smith ("plaintiff") is a prisoner proceeding pro se in a civil rights action

16  pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), plaintiff has consented to Magistrate

17  jurisdiction in this action, and no other parties have appeared in this action.

18      On July 21, 2008, pursuant to 28 U.S.C. § 1915(g), the undersigned found plaintiff ineligible to

19  proceed in in forma pauperis and ordered plaintiff to pay the $350.00 filing fee in full within thirty days.

20  Plaintiff was warned that the failure to obey the court's order would result in dismissal of this action.

21  Plaintiff requested and was granted a thirty-day extension of time in which to pay the filing fee.  More

22  than the additional thirty days have passed and plaintiff has not complied with the court's order.

23      Accordingly, IT IS HEREBY ORDERED that this is action is hereby dismissed, without

24  prejudice, based on plaintiff's failure to obey the court's order to pay the $350.00 filing fee.  The Clerk

25  is directed to close this case in its entirety.

26

27      IT IS SO ORDERED.

28  **Dated:   October 17, 2008              /s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE