# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH, | 1:08-cv-00911-GSA-PC |
| Plaintiff, | ORDER RESPONDING TO PLAINTIFF'S MOTION TO SHOW CAUSE WHY PLAINTIFF SHOULD NOT BE PAID (Doc. 10.) |
| vs. | |
| HEDGPETH, Warden, | |
| Defendants. | |

Plaintiff James E. Smith ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On October 17, 2008, the court dismissed this action without prejudice for plaintiff's failure to pay the filing fee, and judgment was entered. (Docs. 8, 9.) On November 17, 2008, plaintiff filed a motion for the court to show cause why plaintiff should not be paid. (Doc. 10.) Plaintiff contends that he prevailed in this action and is entitled to payment of $25,000 for costs and attorney fees pursuant to 42 U.S.C. § 1988.

Due to the fact that this action was dismissed and plaintiff did not prevail in this action, plaintiff is not entitled to any payment in this action. By this order, plaintiff's motion of November 17, 2008 is RESOLVED.

IT IS SO ORDERED.

Dated: **April 2, 2009**      **/s/ Gary S. Austin**
                              UNITED STATES MAGISTRATE JUDGE